**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02181-001-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Christina Michelle Mitchell, | |
| Defendant. | |

Pending before the Court is Defendant's Motion Requesting for Pretrial Services to have Defendant Reassessed for In-Patient Treatment. (Doc. 54.) The Court will deny the motion.

On May 13, 2022, the Court denied Defendant's initial request, which raised the exact same arguments now raised in the pending motion. (*Compare* Doc. 50 *with* Doc. 54.) Because Defendant's motion asks the Court "to rethink what the court had already thought through," the motion is an improper motion for reconsideration. *Defs. of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995) (quoting *Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D. Va. 1983)).

**IT IS ORDERED** that Defendant's Motion Requesting for Pretrial Services to have Defendant Reassessed for In-Patient Treatment (Doc. 54) is **DENIED**.

Dated this 1st day of June, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge